IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CHARLES EDWARD THOMAS | § | |
| VS. | § | CIVIL ACTION NO. 1:07cv256 |
| DIRECTOR, TDCJ-CID | § | |

MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Charles Edward Thomas, an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont Texas, for consideration pursuant to applicable orders of this court.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge in which he recommends the petition be dismissed as barred by the applicable statute of limitations.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the records, pleadings and all available evidence.  Petitioner filed objections to the Report and Recommendation.   The court must therefore conduct a *de novo* review of the objections.

After carefully considering the objections, the court is of the opinion the magistrate judge correctly determined that consideration of this petition for writ of habeas corpus is barred by the applicable state of limitations.  Moreover, petitioner has failed to state facts which would demonstrate he is entitled to invoke the doctrine of equitable tolling.

ORDER

Accordingly, petitioner's objections are **OVERRULED**.  The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is

**ADOPTED**.  A final judgment shall be entered dismissing the petition.

      **SIGNED** this the 14 day of **June, 2007.**

                                            Thad Heartfield
                                            United States District Judge